STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:22-MJ-71597-MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| EDILSON CANACA-RODRIGUEZ, | |
| Defendant. | |

On December 21, 2022, defendant Edilson Canaca-Rodriguez was charged by complaint with possession with intent to distribute and distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

This matter came before the Court on December 21, 2022 for a detention hearing. The defendant was present and represented by Jerome Matthews. Assistant United States Attorney Kelsey Davidson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of

conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion:

The defendant is from Honduras and has significant family ties to his home country. His parents, three of his siblings, and his child all reside there. Additionally, the defendant lacks ties to the Northern District of California and there are no viable bail resources. For all of these reasons, the Court finds that the defendant is a risk of flight.

This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 23, 2022

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge